03,727-01

Mr. Tommy R. Burkes
3872 FM 350 S. Polunsky
Livingston,Texas 77351

Troy C. Bennett,JR.
    Clerk
COURT OF CRIMINAL APPEALS
P,O, Box 12308,Capitol Station
    AUSTIN,TEXAS 78711

        Dear Mr. Bennett,
My deepest apologies are exstended for having
taken liberties in as much as to disrupt the normal
operations and functions of your very busy schedule,
do forgive please,without any futher delay ill be as
brief as possible in conveying my need to enlist your
services,would you please provide me with a complete
copy of the Direct Appeal/a complete copy of the police
reports/a complete copy of the states response Brief,
in Case No. 05-03-00580-CR/W02-71429-K.
        Thanking you in advance,your time assistance and
consideration is definitely appreciated.
                        Respectfully,

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 13 2015

Abel Acosta, Clerk

                        Mr. Tommy RR. Burkes
                        3872 FM 350 S. Polunsky
                        Livingston,Texas 77351-8K-64B